KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

FILED & ENTERED
MAR 18 2026
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

YOON HEE YEH,

Debtor.

Case No. 2:25-bk-12849-BB

Chapter 7

**ORDER CONFIRMING ABANDONMENT OF ANY INTEREST OF THE ESTATE IN 221 S. LARCHMONT BOULEVARD, LOS ANGELES, CALIFORNIA 90004**

[NO HEARING REQUESTED OR REQUIRED LBRs 6007-1 AND 9013-1(o)]

The Court having reviewed the *Notice of Chapter 7 Trustee's Intent to Abandon Any Interest of the Estate in 221 S. Larchmont Boulevard, Los Angeles, California 90004* [Docket No. 200] (the "Notice of Abandonment"), and the *Declaration of Jason M. Rund* (the "Rund Declaration") accompanying the Notice of Abandonment, pursuant to which Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Yoon Hee Yeh (the "Debtor") gave notice pursuant to Rule 6007(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule") and Local Bankruptcy Rules 6007-1 and 9013-1(o) of his intent to abandon any interest of the estate in real property located at 221 S. Larchmont Boulevard, Los Angeles, California 90004 (the "Larchmont Property"); it appearing that this Court

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Notice of Abandonment having been given under the circumstances; no timely response or request for hearing having been filed with respect to the Notice of Abandonment; the Trustee having filed his *Notice of No Timely Opposition Received and Request to Enter Order Regarding Notice of Chapter 7 Trustee's Intent to Abandon Any Interest of the Estate in 221 S. Larchmont Boulevard, Los Angeles, California 90004* [Docket No. 212] and accompanying declaration in which the Trustee confirmed that no formal or informal opposition to the Notice of Abandonment was received; and after due deliberation and good cause appearing therefor,

**IT IS ORDERED THAT:** Pursuant to Bankruptcy Rule 6007(a) and Local Bankruptcy Rule 6007-1 the estate's interest in the Larchmont Property is deemed abandoned as of March 13, 2026.

# # #

Date: March 18, 2026

Sheri Bluebond
United States Bankruptcy Judge

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
2049 Century Park East, Suite 2600
Los Angeles, California 90067