| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>2049 Century Park East, Suite 2600<br>Los Angeles, California 90067<br>Telephone: 310-553-3610<br>Facsimile: 310-553-0687<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Jason M. Rund, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>YOON HEE YEH,<br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:25-bk-12849-BB<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br><br>Notice of Motion and Motion of Chapter 7 Trustee for Entry of An Order to Show Cause Why Debtor Yoon Hee Yeh Should Not Be Held in Contempt for Violation of Court Order and Failure to Cooperate with the Trustee and His Agents Regarding the Marketing and Sale of the 6th Street Property [Docket No. 247]<br><br>Order to Show Cause as to: (1) Why Debtor Yoon Hee Yeh Should not be Held in Contempt; (2) Why Sanctions Should not be Imposed on Him; and (3) Why Other Relief Should Not Be Issued Based on His Repeated Violation of the Court's Order [Docket No. 255] |
|---|---|

PLEASE TAKE NOTE that the order titled <u>INTERIM ORDER ON ORDER TO SHOW CAUSE AS TO: (1) WHY DEBTOR YOON HEE YEH SHOULD NOT BE HELD IN CONTEMPT; (2) WHY SANCTIONS SHOULD NOT BE IMPOSED ON HIM; AND (3) WHY OTHER RELIEF SHOULD NOT BE ISSUED BASED ON HIS REPEATED VIOLATION OF THE COURT'S ORDER</u> was lodged on (*date*) <u>May 28, 2026</u> and is attached.  This order relates to the ~~Application which is~~ docket numbers <u>247 and 255</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                     Page 1                     **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT "A"

KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:    310-553-3610
Facsimile:    310-553-0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:25-bk-12849-BB |
| YOON HEE YEH, | Chapter 7 |
| Debtor. | **INTERIM ORDER ON ORDER TO SHOW CAUSE AS TO: (1) WHY DEBTOR YOON HEE YEH SHOULD NOT BE HELD IN CONTEMPT; (2) WHY SANCTIONS SHOULD NOT BE IMPOSED ON HIM; AND (3) WHY OTHER RELIEF SHOULD NOT BE ISSUED BASED ON HIS REPEATED VIOLATION OF THE COURT'S ORDER** |

**Initial Hearing on OSC**
Date:        May 27, 2026
Time:        1:00 p.m.
Place:       Courtroom 1539
                 255 E. Temple Street
                 Los Angeles, CA 90012
(or via ZoomGov per posted procedures)

**Continued Hearing on OSC**
Date:        June 24, 2026
Time:        10:00 a.m.
Place:       Courtroom 1539
                 255 E. Temple Street
                 Los Angeles, CA 90012
(or via ZoomGov per posted procedures)

76221-00002/8073013.1

INTERIM ORDER ON
ORDER TO SHOW CAUSE

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

On the above captioned date and time, the Court held a hearing on its *Order to Show Cause as to: (1) Why Debtor Yoon Hee Yeh Should not be Held in Contempt; (2) Why Sanctions Should not be Imposed on Him; and (3) Why Other Relief Should Not Be Issued Based on His Repeated Violation of the Court's Order* [Docket No. 255] (the "OSC") issued by the Court on May 5, 2026 pursuant to which the Court ordered Debtor Yoon Hee Yeh (the "Debtor") to appear before this Court and show cause why this Court should not hold him in contempt and not make a finding that he has repeatedly violated the Court's *Order Granting Chapter 7 Trustee's Motion for Entry of an Order: (1) Approving Trustee's Agreement with Debtor Regarding 6th Street Property; (2) Authorizing the Trustee's Abandonment of Hyundae Health Center; and (3) Authorizing the Trustee's Limited Operation of 6th Street Property* [Docket 244] (the "Sixth Street Order"), and specifically paragraph 13 thereof which requires the Debtor to cooperate in good faith with Chapter 7 Trustee, Jason M. Rund (the "Trustee") and his agents regarding the marketing and sale of commercial real property located at 3625 West 6th Street, Los Angeles, California 90020 (the "Sixth Street Property") and prohibits the Debtor from hindering or obstructing the Trustee's operation, management and administration of the Sixth Street Property. Appearances were as stated on the record.

The Court having considered the *Notice of Motion and Motion of Chapter 7 Trustee For Entry of An Order to Show Cause Why Debtor Yoon Hee Yeh Should Not Be Held in Contempt for Violation of Court Order and Failure to Cooperate with the Trustee and His Agents Regarding the Marketing and Sale of the 6th Street Property* [Docket No. 247] and accompanying declarations filed by Trustee; the *Debtor's Response to Order to show Cause Re: Contempt and Sanctions* [Docket No. 264] and accompanying declarations; the *Bank of Hope's Statement in Response to Order to Show Cause: (1) Why Debtor Should not Be Held in Contempt; (2) Why Sanctions Should Not Be Imposed; and (3) Why Other Relief Should not be Issued Based on Repeated Violations of Court Order* [Docket No. 265] filed by secured creditor Bank of Hope; the Chapter 7 Trustee's *Reply to Responses of Debtor and Bank of Hope to Order to Show Cause: (1) Why Debtor Should not Be Held in Contempt; (2) Why Sanctions Should Not Be Imposed; and (3) Why Other Relief Should not be Issued Based on Repeated Violations of Court Order* [Docket No.

76221-00002/8073013.1

2

INTERIM ORDER ON
ORDER TO SHOW CAUSE

274] and accompanying declaration; the various documents filed in connection with the foregoing; the arguments of counsel and the record herein; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and good cause appearing therefor, based upon the findings of fact and conclusions of law stated on the record in open court and as set forth in the Court's tentative ruling,

**IT IS HEREBY ORDERED** that:

1. Pursuant to section 105(a) of the Bankruptcy Code and the Court's inherent contempt powers, the Court hereby holds the Debtor in contempt for failing to comply with the terms of the Sixth Street Order in the respects identified in the OSC.

2. The Debtor is hereby ordered and directed to immediately turnover all rents that he has collected with regard to the Sixth Street Property.

3. The Court hereby imposes monetary sanctions on the Debtor in an amount to be determined at the continued hearing on the OSC to compensate the estate for the fees and expenses that the Trustee was required to incur to bring and prosecute the motion for issuance of the OSC. The Trustee shall file a supplemental declaration and supporting evidence with respect to the foregoing fees no later than June 10, 2026 and any response to such declaration and evidence must be filed no later than June 17, 2026.

4. The Court hereby finds that the agreement between the Trustee and the Debtor (the "Sixth Street Agreement") accompanying the *Chapter 7 Trustee's Motion for Entry of an Order: (1) Approving Trustee's Agreement with Debtor Regarding 6th Street Property; (2) Authorizing the Trustee's Abandonment of Hyundae Health Center; and (3) Authorizing the Trustee's Limited Operation of 6th Street Property* [Docket 205], which the Court approved pursuant to the Sixth Street Order has been terminated based upon the Debtor's failure to cure all defaults within three (3) days after receipt of notice of default.

5. In light of the termination of the Sixth Street Agreement, the Debtor shall surrender possession of the Sixth Street property to the Trustee within three (3) business days from service on the Debtor's counsel of the Trustee's written demand for surrender.

/ / /

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

6.      Until such time as the Debtor surrenders possession of the Sixth Street Property to the Trustee, the Debtor shall continue to pay the estate all payments required under the Sixth Street Agreement.

7.      A continued hearing on the OSC shall be held on **June 24, 2026 at 10:00 a.m.** in the above captioned courtroom (a) to evaluate the Debtor's compliance with the terms of this interim order, (b) to determine the amount of the monetary sanctions to be imposed upon the Debtor to compensate the estate for the fees and costs attributable to his failure to comply with the Sixth Street Order and (c) to ascertain whether further coercive measures are necessary to ensure the debtor's continued compliance with the Sixth Street Order.

### 

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

76221-00002/8073013.1

4

INTERIM ORDER ON
ORDER TO SHOW CAUSE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2049 Century Park East, Suite 2600, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 28, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Raymond H. Aver    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Keith Patrick Banner    kbanner@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com
- Stella A Havkin    stella@havkinandshrago.com, shavkinesq@gmail.com
- Mark T Jessee    jesseelaw@aol.com, marktjessee@gmail.com
- Elan S Levey    elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- Valery Loumber    valloumlegal@gmail.com
- Shai S Oved    ssoesq@aol.com, Ovedlaw@hotmail.com
- J. Alexandra Rhim    arhim@lakklawyers.com, ncondren@lakklawyers.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- David Samuel Shevitz    David.S.Shevitz@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 28, 2026 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    **F 9021-1.2.BK.NOTICE.LODGMENT**

76221-00002/8074331.1